AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Barry Davis </br> *Plaintiff* </br> v. </br> United States of America </br> *Defendant* | ) </br> ) </br> )  Civil Action No.     2:21-cv-3885-MBS </br> ) </br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☒ other: having granted the United States of America's motion to dismiss under FRCP 12(b)(1), the complaint is dismissed with prejudice.

This action was *(check one)*:

☒ decided by the Honorable Margaret B. Seymour, United States District Judge, having ruled on a motion to dismiss.

Date:   Date March 29, 2022                              *CLERK OF COURT*

                                                                                                    s/April Dickerson
                                                                                         *Signature of Clerk or Deputy Clerk*